<u>UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN</u>

UNITED STATES OF AMERICA,

    Plaintiff,

    -vs-                          Case No. 25-CR-118

JOSEPH MARINCIC,

    Defendant.

---

## MOTION FOR PERMISSION TO TRAVEL

The Defendant, Joseph Marincic, by his attorney Thomas J. Erickson hereby moves the court for an Order allowing the Defendant to travel from his residence to Downers Grove, Illinois, Mondays through Fridays from 8 AM to 4:30 PM for the next three successive weeks beginning on September 2nd. The Defendant's company is involved in the construction of a Starbucks in Downers Grove and it is necessary that the Defendant work on-site.

The Defendant has been on pre-trial release since May 30, 2025, and continues to be fully compliant with the terms of his bond.

The Defendant is unaware of the respective positions of the government or probation.

Dated this 29th day of August, 2025.

Respectfully submitted,

Thomas J. Erickson

/s/_____

Thomas J. Erickson
Attorney for Defendant


Address and Phone:
316 N. Milwaukee St., Ste. 550
Milwaukee, WI  53202
(414) 271-0678